LILLIAN RUBINFELD, Appellant, *v.* LEONARD RUBINFELD, Respondent.

Submitted January 4, 1943; decided January 14, 1943.

*Louis B. Heller* for motion.

*Robert E. Mebel* opposed.

Motion granted and appeal dismissed on the ground that the order does not finally determine the action within the meaning of the constitution.